IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                            )<br>                        Plaintiff,          )<br>                                                            )<br>            vs.                                        )<br>                                                            )<br>HUGO MOLINA-MEJIA,                )<br>                                                            )<br>                        Defendant.       )  | 8:05CR382<br><br>**SCHEDULING ORDER** |

   IT IS ORDERED that the following is set for hearing on **October 27, 2005** at **2:45 p.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

   -Initial Appearance/Arraignment on Indictment

   Since this is a criminal case, the defendant must be present, unless excused by the Court.   An interpreter will be provided by the Court.

   DATED this 21st day of October, 2005.

                                                            BY THE COURT:


                                                            s/ F.A. Gossett
                                                            United States Magistrate Judge